699 A.2d 732

**BOROUGH OF WILKINSBURG, Respondent,**

v.

**Herbert L. DWYER, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 26, 1997.

## *ORDER*

PER CURIAM:

AND NOW, this 26th day of September, 1997, because of factual errors of record, the above-captioned matter is remanded to the trial court with instructions to conduct a hearing within 60 days to determine whether the Petitioner received formal notice or, in lieu of formal notice, actual notice of the Sheriff's Sale of his property and the underlying hearings which resulted in a judgment against the property.

Jurisdiction is relinquished.